

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:

Click-N-Ship®

 9405 8301 0935 5105 6449 30 0085 0001 0009 4102
US POSTAGE
Insured
U.S. POSTAGE PAID
CLICK-N-SHIP
06/17/2024   Mailed from 72601   9289362646889653

**PRIORITY MAIL®**

DAVID A STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

06/20/2024
RDC 03
C004

 US DISTRICT COURT FOR THE NORTHERN DI
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #


9405 8301 0935 5105 6449 30



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

**RECEIVED JUN 20 2024 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.





USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.