

Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 866.974.7329

July 22, 2024

<u>Via CM/ECF</u>

The Honorable Haywood S. Gilliam, Jr.
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

  Re: *Stebbins v. John Doe d/b/a Creetosis et al.*, No. 4:24-mc-80179-HSG

Your Honor:

  This firm represents YouTube, LLC, a defendant in the above-captioned action filed by Plaintiff David Stebbins. We understand that this action has already been assigned to Your Honor, and that such assignment occurred after the Clerk's Notice requiring the parties to file a consent or declination to proceed before a magistrate judge. Dkt. 12. Although Your Honor's assignment appears to obviate the Clerk's Notice, YouTube submits the attached **Exhibit A** form in accordance with the Notice.

           Respectfully submitted,

           WILSON SONSINI GOODRICH & ROSATI
           Professional Corporation

           <u>s/ *Laura Hernandez*</u>
           Laura Hernandez
           One Market Plaza
           Spear Tower, Suite 3300
           San Francisco, California 94105
           Telephone: (415) 947-2000
           Facsimile: (866) 974-7329
           Email: lhernandez@wsgr.com

           *Counsel for Defendant YouTube, LLC*