| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 3 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS, | No. 24-4992 |
| Plaintiff - Appellant, | D.C. No. 4:24-mc-80179-HSG |
| v. | Northern District of California, Oakland |
| JOHN DOE, DBA Creetosis and YOUTUBE, LLC, | ORDER |
| Defendants - Appellees. | |

Appellant was permitted to proceed in forma pauperis in the district court. That status continues in this court because it has not been revoked. *See* Fed. R. App. P. 24(a).

The motion (Docket Entry No. 12) to proceed in forma pauperis on appeal is therefore unnecessary. The September 30, 2024 order was issued in error.

The opening brief has been filed. The answering brief is due November 1, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT