UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Mr. DAVID ANTHONY STEBBINS,

Plaintiff - Appellant,

v.

JOHN DOE, DBA
Creetosis and YOUTUBE, LLC,

Defendants - Appellees.

No. 24-4992

D.C. No.
4:24-mc-80179-HSG

Northern District of California,
Oakland

MANDATE

The judgment of this Court, entered January 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT